IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ANTHONY WILL, )
)
                Plaintiff, )
)
vs. )
)
SAFECO INSURANCE COMPANY OF )
INDIANA, a/k/a LIBERTY MUTUAL )
GROUP, INC., d/b/a SAFECO INSURANCE )
COMPANY OF INDIANA, )
) No. 3:23-cv-0138-HRH
                Defendant. )
_____)

O R D E R

Case Dismissed

Pursuant to the parties' *Stipulation for Dismissal with Prejudice*,[1] filed March 13, 2024, the court hereby dismisses with prejudice all claims brought, or that could have been brought by the parties in the above captioned case, with each side to bear their own costs and fees.

DATED at Anchorage, Alaska, this  14th  day of March, 2024.

                                                      /s/   H. Russel Holland
                                                      United States District Judge

---

[1]Docket No. 17.

ORDER – Case Dismissed                                                                        - 1 -